IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT LYNN HARRIS,

Defendant.

No. _24-cr-_101~ABJ~ GTKINS,CLERK
CASPER

**Ct 1:** 18 U.S.C. § 2252A(a)(5)(B), (b)(2)
(Possession and Access with Intent to View Child Pornography - Subsequent Offense)

**Ct 2:** 18 U.S.C. § 1466A(b)(1) and (d)(4)
(Obscene Visual Representation of the Sexual Abuse of Children - Subsequent Offense)

**\*\*FORFEITURE NOTICE\*\***

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about December 28, 2023, through and including on or about June 25, 2024, in the District of Wyoming, the Defendant, **ROBERT LYNN HARRIS**, did knowingly possess and access with intent to view material containing images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involve prepubescent minors, and which were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, namely a Samsung SM-T220 Tablet and a Black Micro SD card, neither a product of Wyoming. .

In violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

### COUNT TWO

From on or about December 28, 2023, through and including on or about June 25, 2024, in the District of Wyoming, the Defendant, **ROBERT LYNN HARRIS**, did knowingly possess

visual depictions, namely cartoons and computer and AI generated images, that depict minors engaging in sexually explicit conduct and that are obscene, and which were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, namely a Samsung SM-T220 Tablet, not a product of Wyoming.

In violation of 18 U.S.C. § 1466A(b)(1) and (d)(4).

## FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

2.      As authorized by 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2252A, the Defendant, **ROBERT LYNN HARRIS**, shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2252A or any matter which contains any such visual depiction, which was possessed, produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A; and any personal property used or intended to be used to commit and to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, a Samsung SM-T220 Tablet, S/N: R83X100Z1MY, and a Black Micro SD card, HC 8GB Memory Card, Y08GD51 MBS1121240.

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

ERIC HEIMANN
Acting United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**          **ROBERT LYNN HARRIS**

**DATE:**                    July 16, 2024

**INTERPRETER NEEDED:**      No

**VICTIM(S):**               Yes

**OFFENSE/PENALTIES:**

    **Ct: 1**  **18 U.S.C. § 2252A(a)(5)(B), (b)(2)**
(Possession and Access with Intent to View Child Pornography - Subsequent Offense)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

    **Ct: 2**  **18 U.S.C. § 1466A(b)(1)(A) and (d)(4)**
(Obscene Visual Representation of the Sexual Abuse of Children - Subsequent Offense)

10-20 Years Imprisonment
Up To $250,000 Fine
5 Years To Life Supervised Release
$100 Special Assessment

**TOTALS:**                  20-40 Years Imprisonment
Up To $500,000 Fine
5 Years To Life Supervised Release
$200 Special Assessment
$5,000 Special Assessment Pursuant To The Victims Of Sex Trafficking Act Of 2015
Up To $17,000 Special Assessment And Mandatory Restitution Of Not Less Than $3,000 Per Requesting Victim Pursuant To The Amy, Vicky, And Andy Child Pornography Victim Assistance Act Of 2018

1

2

**AGENT:**                          Ryan Hieb, HSI/ICAC

**AUSA:**                           Z. Seth Griswold, Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                            2 to 4 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS
CASE:**                             Yes

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**                    No